**FILED**
August 21, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| HUMANITY FOR WISDOM COMMUNITY CENTER HEALTH AND HUMAN SERVICES and HENRY B. BERROCAL<br><br>  Plaintiffs<br><br>v.<br><br>SAMSUNG ELECTRONICS CO.<br><br>  Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL NO. SA-24-CV-08-OLG<br>)<br>)<br>)<br>)<br>) |

**ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION**

On this date the Court considered the report and recommendation of United States Magistrate Judge Elizabeth S. Chestney, filed in the above-styled and numbered cause on February 23, 2024. Docket no. 8. The parties were served with a copy of the recommendation, and no objections have been filed.[1] Where no party has objected to the Magistrate Judge's recommendation, the Court need not conduct a de novo review. Instead, the Court need only review the recommendation and determine whether it is either clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.), *cert. denied*, 492 U.S. 918 (1989).

---

[1] A party desiring to object to a magistrate judge's findings and recommendations must file and serve written objections within 14 days after being served with the recommendations. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b)(2). Service is made to the last known address of the party or his attorney, and service by mail is complete upon mailing.  FED. R. CIV. P. 5(b). It is incumbent on all parties to keep the Court apprised of their current address.

The Court has reviewed the recommendation and the findings and conclusions therein are neither clearly erroneous nor contrary to law. It is therefore ORDERED that the recommendation of United States Magistrate Judge Elizabeth S. Chestney (docket no. 8) is ACCEPTED pursuant to 28 U.S.C. § 636(b)(1).

For the reasons stated in the recommendation, it is further ORDERED that all claims asserted by Plaintiff Humanity Wisdom Community Center Health and Human Services are DISMISSED without prejudice. All claims asserted by Henry B. Berrocal, individually, are STAYED and this case is ADMINISTRATIVELY CLOSED. In the event Plaintiff Berrocal moves to reopen this case, he will need show cause within <u>ten</u> days after the case is reopened why the Court has subject matter jurisdiction over his claims.

SIGNED on the 21st day of August, 2024.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE